AUSA: Jessica Kraft Telephone: (313) 226-9626

AO 91 (Rev. 11/11) Criminal Complaint Deputy: Jack Pyle (USMS) Telephone: (313) 439-6730

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Kimberly Gordon

Case: 2:26–mj–30567
Assigned To : Unassigned
Assign. Date : 9/15/2026
Description: SEALED MATTER (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 28, 2026 in the county of Genesee and Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751(a) | Escape or attempted escape from federal custody or confinement. |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jack Pyle, Deputy United States Marshal (USMS)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: September 15, 2026

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Deputy United States Marshal Jack Pyle, after being duly sworn, depose and say the following:

## INTRODUCTION

1. I am a Criminal Investigator (CI), Deputy United States Marshal (DUSM) of the United States Marshals Service (USMS) and have been so employed since July 2025. I am currently assigned to the Eastern District of Michigan, and part of my duties also include working with the Detroit Fugitive Apprehension Team (DFAT). The DFAT is composed of federal, state, and local law enforcement officers investigating federal, state, and local fugitives. I have gained experience through training, classes, and daily work, to include but not limited to these types of investigations.

2. As a DUSM, I am authorized to investigate violations of laws of the United States. I am a law enforcement officer with authority to execute warrants issued under the authority of the United States. Furthermore, it is part of my duties to investigate and prosecute persons in violation of 18 U.S.C. § 751(a), Escape.

3. The statements contained in the Affidavit are based on my experience and background as a DUSM and information provided by officials from the Federal Bureau of Prisons. I have not set forth every fact resulting from the

investigation; rather, I have set forth a summary of the investigation to date to establish that KIMBERLY GORDON did escape the custody of the Federal Bureau of Prisons in violation of 18 U.S.C. § 751.

## PROBABLE CAUSE

4. On May 23, 2019, KIMBERLY GORDON was sentenced in the Eastern District of Michigan to 127 months in the custody of the Bureau of Prisons (BOP) for conspiracy to manufacture, distribute, and possess with intent to distribute a controlled substance.

5. On December 3, 2025, the BOP transferred GORDON from FCI Tallahassee (Florida) to Cherry Street Services Inc., a BOP residential re-entry center (RRC) located at 8333 Townsend St., Detroit, Michigan 48213. When GORDON was transferred to Cherry Street Services, she remained in the custody of the Bureau of Prisons and had not yet completed her sentence.

6. On July 17, 2026, GORDON was approved for home confinement at her mother's home in Burton, Michigan. While on home confinement, GORDON had several conditions by which she had to abide, including a GPS ankle tether and a tracking cellular device. While on home confinement, GORDON remained in the custody of the Bureau of Prisons and had not yet completed her sentence.

7. GORDON had an expected, good-time release date of January 8,

2027.

8. On August 28, 2026, GORDON reported to the RRC facility for a drug test. At approximately 3:00 pm, GORDON was directed by Cherry Street Services to return back to the RRC facility (8333 Townsend St., Detroit) by 5:00 pm. Cherry Street Services indicated GORDON had tested positive for narcotics. At approximately 5:17 pm, GORDON had still failed to appear in person at the facility as requested. Cherry Street Services attempted several calls to GORDON with negative results. A check of her GPS ankle tether indicated that the tether appeared to have been tampered with.

9. A welfare check was conducted by Burton Police Department. Officers met with GORDON's mother, who confirmed that GORDON had cut her ankle tether. GORDON was no longer at the residence as officers checked. GORDON's mother stated to police that GORDON had left with her boyfriend. GORDON's boyfriend may live in St. Clair County.

10. At this time, GORDON's whereabouts are unknown. GORDON was placed on escape status, and the USMS was notified at approximately 9:20 pm on August 28, 2026.

## CONCLUSION

11. Based on the foregoing, there is probable cause to believe that Kimberly GORDON, an individual in the custody of the Federal Bureau of Prisons, violated 18 U.S.C. § 751 when she left her approved home confinement in Burton, Michigan, and failed to return to Cherry Street Services Inc., a residential re-entry center, located in Detroit, Michigan, as directed.

Respectfully submitted,

Deputy United States Marshal Jack Pyle
Criminal Investigator
United States Marshals Service

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE
September 15, 2026